1040

No. 76–497. TAXE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–502. BENNETT v. RUMSFELD, SECRETARY OF DEFENSE. C. A. D. C. Cir. Certiorari denied.

No. 76–506. A ET AL. v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL. Sup. Ct. Colo. Certiorari denied.

No. 76–513. INTERNATIONAL RECTIFIER CORP. ET AL. v. PFIZER, INC. C. A. 8th Cir. Certiorari denied.

No. 76–517. KELLY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–519. IADAROLA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–535. JONES ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–546. SHARP v. FEDERAL DEPOSIT INSURANCE CORP. C. A. D. C. Cir. Certiorari denied.

No. 76–556. BRINKE TRANSPORTATION CORP. ET AL. v. UNITED STATES ET AL. C. A. D. C. Certiorari denied.

No. 76–557. KHOURY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–560. SPITZER AKRON, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 76–563. CANADIAN PARKHILL PIPE STRINGING, LTD., ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.